1014

[Nos. 13356-7-III; 13398-2-II.   Division Three.   May 10, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. WALDO
EMERSON WALDRON-RAMSEY, *Appellant*.

*In the Matter of the Personal Restraint of* WALDO
EMERSON WALDRON-RAMSEY, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 86-1-00745-9, Harold D. Clarke, J., entered July 11, 1989, together with a petition for relief from personal restraint. Judgment *affirmed in part* and petition *denied in part* by unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Munson, J.

[No. 12614-5-III.   Division Three.   May 10, 1994.]

*In the Matter of the Marriage of* SYLVIA MANZO,
*Respondent, and* RALPH D. MANZO, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 213051, John A. Schultheis, J., entered July 29, 1992. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Thompson, C.J., and Munson, J.

[No. 12838-5-III.   Division Three.   May 10, 1994.]

*In the Matter of the Marriage of* CHRISTINE BURNETT,
*Respondent, and* ANDREW BURNETT, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 84-3-01023-2, Michael R. Johnston, J. Pro Tem., entered October 1, 1992. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., and Munson, J.